UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: **1:24-cv-01976-RPK-JAM**

| | |
|---|---|
| **Natosha Dunston**, <br>     Plaintiff, <br> vs. <br><br> **Nicholas P. Defon te** and <br> **Larry Demonte,** and <br> **Defonte's Of Redhook Inc**, <br>     Defendants. | **JOINT STIPULATION OF VOLUNTARY** <br> **DISMISSAL WITH PREJUDICE** |

      Plaintiff, and Defendants, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: June 10, 2024

| | |
|---|---|
| By: */s*  Maria-Costanza Barducci_____ <br>    Maria-Costanza Barducci, Esq. <br>    BARDUCCI LAW FIRM PLLC. <br>    5 West 19th St., 10th Fl. <br>    New York, NY 10011 <br>    Telephone: (212) 433-2554 <br>    mc@barduccilaw.com <br>    *Attorneys for Plaintiff* | By: */s* Allyn Crawford_____ <br>    Allyn J Crawford <br>    CRAWFORD & DESANTIS, LLP <br>    900 South Ave Suite 204 <br>    Staten Island, NY 10314 <br>    718-273-9414 <br>    Allyn@CrawfordDeSantis.com <br>    *Attorney for Defendants* |

cc: Via CM/ECF